AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-04983-SDG-JSA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Transunion LLC**
was recieved by me on **9/08/2025**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Transunion LLC** at **2 Sun Court Suite 400, Peachtree Corners, GA 30092** on **09/09/2025 at 1:03 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  09/09/2025

_____
*Server's signature*

**Dana Faulkner**
*Printed name and title*

3769 Tupelo Trail
Auburn, GA 30011

_____
*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, Exhibit; Complaint; Summons,  to Corporation Service Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Alisha M Smith,  Coordinator,  Authorized to Accept.




Tracking #: 0185595913

# Georgia Certified Process Server



Dana Faulkner

Cert. Date   11/16/2024

Exp. Date   11/16/2027

ID #   CPS260

## NON LAW ENFORCEMENT